Same case below, 634 F.3d 409.

Same case below, 403 Fed. Appx. 677.

**No. 10-10754. Stacy W. Howard, Petitioner v. William R. Byars, Jr., Director, South Carolina Department of Corrections, et al.**

565 U.S. 848, 132 S. Ct. 168, 181 L. Ed. 2d 81, 2011 U.S. LEXIS 5980.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 395 Fed. Appx. 942.

**No. 10-10755. James Forney, Petitioner v. Florida.**

565 U.S. 848, 132 S. Ct. 168, 181 L. Ed. 2d 81, 2011 U.S. LEXIS 6546,

October 3, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Fourth District, denied.

Same case below, 46 So. 3d 60.

**No. 10-10756. Charles Edward Fields, Petitioner v. David Gundy, Warden.**

565 U.S. 848, 132 S. Ct. 168, 181 L. Ed. 2d 81, 2011 U.S. LEXIS 6548.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-10757. Leroy Hefley, Petitioner v. Delaware.**

565 U.S. 848, 132 S. Ct. 168, 181 L. Ed. 2d 81, 2011 U.S. LEXIS 6238,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-10758. Michael Hamilton, Petitioner v. Timothy Wilkinson, Warden, et al.**

565 U.S. 848, 132 S. Ct. 168, 181 L. Ed. 2d 81, 2011 U.S. LEXIS 6056.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-10760. Lakaisha Gallaher, Petitioner v. Southern Tube Form, LLC, et al.**

565 U.S. 848, 132 S. Ct. 169, 181 L. Ed. 2d 81, 2011 U.S. LEXIS 6063,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-10761. Harold L. Fisher, Jr., Petitioner v. Carol J. Holinka, Warden.**

565 U.S. 848, 132 S. Ct. 169, 181 L. Ed. 2d 81, 2011 U.S. LEXIS 6008.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-10762. Dylan Gibbons, Petitioner v. William Lee, Superintendent, Green Haven Correctional Facility.**

565 U.S. 848, 132 S. Ct. 169, 181 L. Ed. 2d 81, 2011 U.S. LEXIS 6591.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.